```
                                                            U.S. DISTRICT COURT
                                                          EASTERN DISTRICT OF ARKANSAS
                                                                   FILED
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS              AUG 2 7 2014
                       WESTERN DIVISION
                                                          IN OPEN COURT
                                                       JAMES W. McCORMACK, CLERK
   UNITED STATES OF AMERICA                                                    PLAINTIFF
                                                       BY: _____
   vs.                      NO. 4:14CR00010-JLH             DEPUTY CLERK
```

**JORDAN JONES**                                                    DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY
**(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)**

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

8/25/14                                    _[signature]_
Date                                       Defendant's Signature

8/25/14                                    _[signature]_
Date                                       Counsel for Defendant's Signature

### ORDER OF COURT

☑ The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐ The defendant's request to waive appearance at the arraignment is hereby DENIED.

8-27-14                                    _[signature]_
Date                                       Judicial Officer

cc:   All Counsel of Record
      U.S. Probation Office
      U.S. Marshals Service
      Presiding Magistrate Judge